**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **KEITH BROWN EL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06CV1000-DJS |
| ) | |
| **JANET SCHNIEDER and MR. HARRISON,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against defendant Harrison are dismissed for failure to exhaust administrative remedies.

Dated this   29th   day of November, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE