**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **KEITH BROWN EL,** | ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:06CV1000-DJS |
| **JANET SCHNIEDER and MR. HARRISON,** | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against defendant Harrison are dismissed for failure to exhaust administrative remedies.

Dated this   1st   day of March, 2007.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE